Charles F. Castleman, Trading as Charles F. Castleman Timber Company, Appellant, v. W. C. Wright, Trading as Wright Construction Company, Appellee.

Gen. No. 9,577.

opinion filed March 8, 1948; released for publication April 5, 1948. Rolla Babcook, for appellant; Hugh J. Dobbs, for appellee; Gillespie, Burke & Gillespie, of counsel. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.

Frances Hoffman, Appellee, v. Fernand G. Jenard, Appellant.

Gen. No. 9,556.